# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JASON LABRUCE WATSON, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-00721-LCB-NAD |
| WEXFORD HEALTH, INC., et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Jason LaBruce Watson, an Alabama prisoner incarcerated in Bibb Correctional Facility, brought this suit under 42 U.S.C. § 1983. (Doc. 1). On June 14, 2023, Magistrate Judge Danella granted Watson's application to proceed *in forma pauperis*, requiring Watson to pay an initial partial filing fee of $13.47 and to return a signed Prisoner Consent Form, both within 30 days. (Doc. 4). Judge Danella cautioned Watson that the failure to comply within the time permitted could result in the Court dismissing this case for lack of prosecution. (*Id.*, at 2). Watson timely returned a signed Prisoner Consent Form (Doc. 5), but failed to pay his initial partial filing fee.

On July 28, 2023, Magistrate Judge Danella provided Watson an additional 14 days to pay his initial partial filing fee. (Doc. 6). When Watson again failed to comply, Judge Danella entered a report in which he recommended that the Court

dismiss this action without prejudice based on Watson's failure to prosecute. (Doc. 7). In the report, Judge Danella advised Watson of his right to file specific written objections within 14 days. (*Id.,* at 2-3). On September 1, 2023, Watson filed a response, asserting that he followed prison procedures for payment of the filing fee, but prison officials failed to process his paperwork. (Doc. 8 at 1). Magistrate Judge Danella construed the response as a motion for extension of time, and granted that motion, allowing Watson 21 more days in which to submit his initial partial filing fee. (Doc. 9). Judge Danella also advised Watson that, should he pay his initial partial filing fee within the time provided, the report and recommendation would be withdrawn. (*Id.*, at 2). Watson's additional 21 days have expired without Watson complying with or otherwise responding to that order.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court **ADOPTS** Magistrate Judge Danella's report and **ACCEPTS** the recommendation. Accordingly, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**DONE** and **ORDERED** October 20, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE